**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| KEYON PAYLOR, | Case No. 26-mc-00087 |
| Petitioner, | |
| v. | **NOTICE OF APPEARANCE** |
| MICHAEL BROMWICH, | |
| Respondent. | |

**PLEASE TAKE NOTICE** that Brigida Benitez of Steptoe LLP hereby enters appearance in the above-captioned matter as counsel for Respondent Michael Bromwich.

I hereby certify that I am an attorney admitted to practice in this Court.

Dated:  Washington, DC
        June 15, 2026

STEPTOE LLP

By:  /s/ *Brigida Benitez*
     Brigida Benitez
     STEPTOE LLP
     1330 Connecticut Avenue, NW
     Washington, DC 20036
     Tel: (202) 429-3000
     Fax: (202) 429-3902
     E-mail: bbenitez@steptoe.com

*Counsel for Respondent*