**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

KEYON PAYLOR,

                Petitioner,

                v.

MICHAEL BROMWICH,

                Respondent.

Case No. 26-mc-00087

**STIPULATION TO EXTEND TIME**

**IT IS HEREBY STIPULATED AND AGREED** by and between Petitioner Keyon Paylor and Respondent Michael Bromwich, through their respective attorneys, that Respondent's time to oppose Petitioner's Motion to Compel Compliance of Third-Party Subpoena, filed on June 2, 2026, is hereby extended to July 1, 2026.  Petitioner's time to reply is hereby extended to July 15, 2026.

Dated: Washington, DC
       June 15, 2026

**LOEVY AND LOEVY**

By: __/s/_ *Maggie Ellen Filler*
   Maggie Ellen Filler
   maggie@loevy.com
   311 N Aberdeen Street,
   Chicago, IL 60607
   (202) 934-8780

*Attorneys for Petitioner*

**STEPTOE LLP**

By: __/s/ *Brigida Benitez*
   Brigida Benitez
   bbenitez@steptoe.com
   1330 Connective Avenue NW
   Washington, DC 20036
   (202) 429-3000

*Attorneys for Respondent*