IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEYON PAYLOR**, <br><br>     Plaintiff, <br><br> v. <br><br> **MICHAEL BROMWICH,** <br><br>     Defendant. | Case No. 1:26 MC 00087 <br><br><br> Honorable Jia M. Cobb |

### MOTION FOR ADMISSION TO APPEAR PRO HAC VICE
### PURSUANT TO LOCAL CIVIL RULE 83.2

Pursuant to Local Civil Rule 83.2(c)(2), I, Maggie Filler, move for admission and appearance of Renee Spence *pro hac vice* in the above-caption action, for the limited purpose of representing Plaintiff Keyon Paylor on his motion to compel. This motion is supported by the Declaration of Renee A. Spence. Ex. A. As set forth in that declaration:

1.     Ms. Spence is an attorney and a member of Loevy and Loevy, with offices at 126 C Street, NW, Floor 2, Washington DC 20001 and 311 North Aberdeen Street, 3rd Floor, Chicago, IL 60607.

2.     Ms. Spence is an active member in good standing with the bars and courts listed on page 3 of Exhibit A.

3.     There have been no disciplinary, suspension, disbarment, or contempt proceedings initiated against Ms. Spence.

4.    Ms. Spence has not been admitted *pro hac vice* in this court within the last two years.

5.    I am an active and sponsoring member of the Bar of this Court.

Respectfully submitted,


By:    /s/    Maggie Filler
       *One of Paylor's Attorneys*

       Maggie Filler
       D.C. Bar No. 90043303
       Loevy + Loevy
       311 N. Aberdeen Street, 3d Floor
       Chicago, IL 60607
       maggie@loevy.com


## CERTIFICATE OF SERVICE

I, Maggie Filler, an attorney, hereby certify that I served the foregoing document via cm/ecf on June 25, 2026, and thereby served a copy on all counsel of record.


/s/ Maggie Filler

*One of Plaintiff's Attorneys*

2