# UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

Keyon Paylor
_____
Plaintiff(s)

vs.

Michael Bromwich
_____
Defendant(s)

)
)
)
)
)
)
)

Case Number:   1:26 MC 00087 JMC

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1.  Full Name:  Renee Spence

2.  State bar membership number: DC: 1658196; FL: 0107419

3.  Business address, telephone and fax numbers:

    Please see attached

4.  List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

    Please see attached

5.  Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes ☐        No ☑

6.  Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?     Yes ☐     No ☑

    (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7.  List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  0

    (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8.  Are you a member of the DC Bar? yes

9.  Do you have a pending application for admission into USDC for the District of Columbia? No

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

### (CHECK ALL ITEMS THAT APPLY)

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered.  [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

06/09/2026
_____
DATE

_____
SIGNATURE OF ATTORNEY

2

**ADDENDUM**

Question 3: Business address, telephone and fax number:

Main Office:                                      DC Office:
Loevy + Loevy                                    Loevy + Loevy
311 N. Aberdeen Street, 3rd Floor                126 C Street NW, Floor 2
Chicago, IL 60607                                Washington, DC 20001
Ph: 312.243.5900
Fax. 312.243-5902

Question 4: List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

- State of Florida (Admitted September 24, 2013; Bar No. 0107419)
- District of Columbia (Admitted July 27, 2020; Bar No. 1658196)
- U.S. District Court for the Northern District of Illinois (Admitted March 25, 2019)
- U.S. District Court for the Central District of Illinois (Admitted July 15, 2021)
- U.S. District Court for the Northern District of Ohio (Admitted April 23, 2020)
- U.S. District Court for the Eastern District of Wisconsin (Admitted April 29, 2022)
- U.S. District Court for Southern District of Florida (Admitted March 18, 2025)
- U.S. Court of Appeals for the Fourth Circuit (Admitted Dec. 19, 2019)
- U.S. Court of Appeals for the First Circuit (Admitted Nov. 19, 2021; Bar No. 1201594)



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Renee Spence*

*was duly qualified and admitted on July 27, 2020 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 09, 2026.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida    )

County of Leon    )        In Re:  0107419
Renee Anne Spence
Loevy & Loevy
1712 N St NW Ste 401
Washington, DC 20036-2914

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 24, 2013**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  9th  day of **June, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-416317

