**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

KEYON PAYLOR,

                Petitioner,

                v.

MICHAEL R. BROMWICH,

                Respondent.

Case No. 26-mc-00087

## MOTION FOR ADMISSION TO APPEAR PRO HAC VICE PURSUANT TO LOCAL CIVIL RULE 83.2

Pursuant to Local Civil Rule 83.2(c) of the United States District Court for the District of Columbia, Brigida Benitez, on behalf of Respondent Michael R. Bromwich, moves for admission and appearance of attorney David J. Kahne *pro hac vice* in the above-entitled action. The motion is supported by Declaration of David J. Kahne filed herewith.  As set forth in Mr. Kahne's Declaration, and as attested by the accompanying Certificate of Good Standing, he is admitted and in good standing with the New York State Bar.

This motion is supported and signed by Brigida Benitez, an active and sponsoring member of the Bar of this Court.

Dated: July 1, 2026

Respectfully submitted,

/s/ Brigida Benitez
Brigida Benitez (D.C. Bar No. 446144)
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
(202) 429-3000
bbenitez@steptoe.com

*Counsel for Respondents*